## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

---

*East Bay Sanctuary Covenant, et al.*
                *Plaintiff(s)*

                                        *VS.*              Case No.: 3:26-cv-06367-SK

*U.S. Citizenship and Immigration Services, et al.*
                *Defendant(s)*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Certificate of Interested Entities or Parties, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order for Magistrate Judge Sallie Kim, Complaint for Declaratory and Injunctive Relief (Freedom of Information Act) with Exhibits, Application for Admission of Attorney Pro Hac Vice for Andrew J. Pincus with Attachment, Application for Admission of Attorney Pro Hac Vice for Leif Overvold with Attachment, and Application for Admission of Attorney Pro Hac Vice for Zachary Krislov with Attachment*

*SERVE TO: U.S. Citizenship & Immigration Services, Office of the Chief Counsel*

*SERVICE ADDRESS: 20 Massachusetts Avenue, NW, Room 4210, Washington, DC 20529*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to U.S. Citizenship & Immigration Services, Office of the Chief Counsel, 20 Massachusetts Avenue, NW, Room 4210, Washington, DC 20529 on 07/20/2026 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 9860 23. Service was signed for on 07/23/2026, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 07/24/2026*

                                        *Carrie Hollingshed*

                                        *Capitol Process Services, Inc.*
                                        *7500 Greenway Center Drive, Suite 420*
                                        *Greenbelt, Maryland 20770*
                                        *(202) 667-0050*

                                        *Client Ref Number:*
                                        *Job #:16449607*


**UNITED STATES POSTAL SERVICE** ®

July 23, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 9860 23**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | July 23, 2026, 12:17 pm |
| **Location:** | WASHINGTON, DC 20529 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | OFFICE OF THE CHIEF COUNSEL |

## Recipient Signature

**Signature of Recipient:** *R G ///*
*R G ///*

**Address of Recipient:** *20529*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Office of the Chief Counsel
U.S. Citizenship and Immigration Services
20 Massachusetts Avenue, NW, Room 4210
Washington, DC 20529
Reference #: mayerbrown

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

*East Bay Sanctuary Covenant, et al.*
                    *Plaintiff(s)*

                                                    *VS.*                    Case No.: 3:26-cv-06367-SK

*U.S. Citizenship and Immigration Services, et al.*
                    *Defendant(s)*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Certificate of Interested Entities or Parties, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order for Magistrate Judge Sallie Kim, Complaint for Declaratory and Injunctive Relief (Freedom of Information Act) with Exhibits, Application for Admission of Attorney Pro Hac Vice for Andrew J. Pincus with Attachment, Application for Admission of Attorney Pro Hac Vice for Leif Overvold with Attachment, and Application for Admission of Attorney Pro Hac Vice for Zachary Krislov with Attachment*

*SERVE TO: U.S. Immigration & Customs Enforcement, Office of the Principal Legal Advisor*

*SERVICE ADDRESS: 500 12th Street, SW, Mail Stop 5900, Washington, DC 20529*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to U.S. Immigration & Customs Enforcement, Office of the Principal Legal Advisor, 500 12th Street, SW, Mail Stop 5900, Washington, DC 20529 on 07/20/2026 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 9860 30. Service was signed for on 07/23/2026, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 07/24/2026*

*Carrie Hollingshed*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:16449844*



July 23, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 9860 30**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | July 23, 2026, 12:19 pm |
| **Location:** | WASHINGTON, DC 20536 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | OFFICE OF THE PRINCIPAL LEGAL ADVISOR |

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | *R Gill* <br> *R Gill* |
| **Address of Recipient:** | *20536* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
500 12th Street, SW
Mail Stop 5902
Washington, DC 20536
Reference #: mayerbrown

*UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA*

---

*East Bay Sanctuary Covenant, et al.*
            *Plaintiff(s)*

                                                    *VS.*                      *Case No.: 3:26-cv-06367-SK*

*U.S. Citizenship and Immigration Services, et al.*
            *Defendant(s)*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Carrie Hollingshed a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Certificate of Interested Entities or Parties, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order for Magistrate Judge Sallie Kim, Complaint for Declaratory and Injunctive Relief (Freedom of Information Act) with Exhibits, Application for Admission of Attorney Pro Hac Vice for Andrew J. Pincus with Attachment, Application for Admission of Attorney Pro Hac Vice for Leif Overvold with Attachment, and Application for Admission of Attorney Pro Hac Vice for Zachary Krislov with Attachment*

*SERVE TO: Civil Process Clerk, United States Attorney's Office for the Northern District of California*

*SERVICE ADDRESS: 450 Golden Gate Avenue, P.O. Box 36055, San Francisco, California 94102*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Civil Process Clerk, United States Attorney's Office for the Northern District of California, 450 Golden Gate Avenue, P.O. Box 36055, San Francisco, California 94102 on 07/20/2026 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 9860 54. Service was signed for on 07/24/2026, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 08/10/2026*

*Carrie Hollingshed*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:16450010*



**UNITED STATES POSTAL SERVICE** ®

July 24, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 9860 54**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | July 24, 2026, 11:54 am |
| **Location:** | SAN FRANCISCO, CA 94102 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | CIVIL PROCESS CLERK, U.S. ATTORNEY'S OFFICE FOR |

## Recipient Signature



**Signature of Recipient:** *Christine Miller*

**Address of Recipient:** 450 GG * US Attorney

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Civil Process Clerk, U.S. Attorney's Office for
Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94012
Reference #: mayerbrown