MAYER BROWN LLP
ANDREW J. PINCUS (*pro hac vice*)
apincus@mayerbrown.com
LEIF OVERVOLD (*pro hac vice*)
lovervold@mayerbrown.com
ZACHARY KRISLOV (*pro hac vice*)
zkrislov@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

JUSTICE ACTION CENTER
KAREN C. TUMLIN (SBN 234691)
Karen.Tumlin@justiceactioncenter.org
ESTHER H. SUNG (SBN 255962)
Esther.Sung@justiceactioncenter.org
HILLARY LI (*pro hac vice*)
Hillary.Li@justiceactioncenter.org
EMILY SATIFKA (*pro hac vice*)
Emily.Satifka@justiceactioncenter.org
VANESSA RIVAS-BERNARDY (SBN 341464)
Vanessa.Rivas@justiceactioncenter.org
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 316-0944

*Attorneys for Plaintiffs*

CRAIG H. MISSAKIAN (SBN 125202)
PAMELA T. JOHANN (SBN 145558)
ROMAN SWOOPES (SBN 274167)
Roman.Swoopes@usdoj.gov
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5084
FAX: (408) 535-5081

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

EAST BAY SANCTUARY COVENANT, and

IMMIGRATION INSTITUTE OF THE BAY AREA,

Plaintiffs,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Defendants.

Case No. 3:26-cv-06367-SK

**JOINT STIPULATION TO CONTINUE DEADLINES FOR JOINT CASE MANAGEMENT STATEMENT AND THE CASE MANAGEMENT CONFERENCE AND ORDER**

Current Initial Case Management Conference:

Date: 9/28/2026, 1:30 PM

Location: Zoom

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendants jointly stipulate and respectfully request to continue the deadlines set in the Initial Case Management Scheduling Order (Dkt. No. 13), such that the Initial Case Management Conference set for Monday, September 28, 2026 shall take place on Monday, October 19, 2026, and including that the Joint Case Management Statement deadline of September 21, 2026, is continued to October 9, 2026 (because October 12 is a federal holiday). These requests are made in view of Plaintiffs' counsel's unavailability due to previously scheduled travel and so that the parties may have an opportunity to further meet and confer to possibly narrow the issues in the case before further filings are made. This is the first request the parties have made to modify the schedule in this case, and the requested modifications will not impact any dates other than those described above.

DATED: September 14, 2026

Respectfully submitted,

*/s/ Leif Overvold*
LEIF OVERVOLD
Mayer Brown LLP

Attorney for Plaintiffs

DATED: September 14, 2026

Respectfully submitted,

*/s/ Roman Swoopes*
ROMAN SWOOPES
Assistant U.S. Attorney

Attorney for Defendants

* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**ORDER**

PURSUANT TO STIPULATION, the deadline for the Initial Case Management Conference is continued to 1:30 pm on Monday, October 19, 2026, and all other deadlines set in the Initial Case Management Scheduling Order (Dkt. No. 13) are continued accordingly, including the deadline for the Joint Case Management Statement which is continued to October 9, 2026.

**IT IS SO ORDERED.**

DATED: September 15, 2026



The Honorable Sallie Kim
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, and<br><br>IMMIGRATION INSTITUTE OF THE BAY AREA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | Case No. 3:26-cv-06367-SK<br><br>**DECLARATION IN SUPPORT OF JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT** |

I, Leif Overvold, declare as follows:

1. I am a Partner at Mayer Brown LLP and represent the Plaintiffs in the above captioned matter. I make this declaration in support of the parties' Joint Stipulation to Continue the Case Management Conference and Joint Case Management Statement (the "Joint Stipulation").

2. In the Joint Stipulation, the Plaintiffs and Defendants jointly stipulate to continue the deadline for the Case Management Conference from September 28, 2026, to October 19, 2026.

3. In the Joint Stipulation, Plaintiffs and Defendants also jointly request to continue the other deadlines in the Initial Case Management Scheduling Order (Dkt. No. 13) such that the Joint Case Management Statement deadline of September 21, 2026, is continued to October 9, 2026 (because October 12 is a federal holiday).

4. Plaintiffs and Defendants make these requests in view of Plaintiffs' counsel's unavailability due to previously scheduled travel and so that the parties may have an opportunity

to further meet and confer to possibly narrow the issues in the case before further filings are made.

5. This is the first request the parties have made to modify the schedule in this case, and the requested modifications will not impact any dates other than those described above.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed this 14th day of September, 2026, in Washington, DC.

DATED: September 14, 2026

Respectfully submitted,

*/s/ Leif Overvold*
LEIF OVERVOLD
Mayer Brown LLP

Attorney for Plaintiffs